UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER EZERSKY,
Plaintiff

    v.                                   C.A. No. 06-345-T-DLM

JO ANNE B. BARNHART
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,
Defendant

## O R D E R

This matter is hereby referred to Magistrate Judge David L. Martin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:                                     BY ORDER:

_____          _____
Ernest C. Torres                     Deputy Clerk
Chief Judge
Dated: 4/16/07