UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER EZERSKY

               v.               CA No. 06-435

MICHAEL J. ASTRUE

### ORDER OF REMAND

This case is, hereby, remanded to the Commissioner of Social Security for further proceedings in accordance with the Magistrate Judge's Report and Recommendation dated September 21, 2007.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
United States District Judge

Date: 10/11, 2007